UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: MOORE, STACIE A. | § Case No. 09-72596 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Courthouse
327 South Church Street
Room 1100
Rockford, IL  61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 01/30/2013 in Courtroom 3100, United States Courthouse,
U.S. Courthouse
327 South Church Street
Courtroom 3100
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date: __/ /_____          By:  ___/s/ STEPHEN G. BALSLEY_____
                                                    Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: MOORE, STACIE A. | § | Case No. 09-72596 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 5,000.00 |
| *and approved disbursements of* | $ 25.00 |
| *leaving a balance on hand of* [1] | $ 4,975.00 |

| **Balance on hand:** | **$ 4,975.00** |
|---|---|

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 4,975.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,250.00 | 0.00 | 1,250.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 2,500.00 | 0.00 | 2,500.00 |
| Attorney for Trustee, Expenses - Barrick, Switzer, Long, Balsley & Van Evera | 100.00 | 0.00 | 100.00 |
| Charges, U.S. Bankruptcy Court | 250.00 | 0.00 | 250.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 4,100.00 |
| Remaining balance: | $ 875.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 875.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 875.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 63,652.32 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | 5,154.40 | 0.00 | 70.86 |
| 2 | Chase Bank USA, N.A. | 24,426.19 | 0.00 | 335.77 |
| 3 | American Express Centurion Bank | 9,351.48 | 0.00 | 128.55 |
| 4 | PYOD LLC its successors and assigns as assignee of | 2,694.25 | 0.00 | 37.04 |
| 5 | Chase Bank USA, N.A. | 1,917.78 | 0.00 | 26.36 |
| 6 | FIA CARD SERVICES, NA/BANK OF AMERICA | 2,998.95 | 0.00 | 41.22 |
| 7 | FIA CARD SERVICES, NA/BANK OF AMERICA | 8,737.47 | 0.00 | 120.11 |
| 8 | U.S. Bank N.A. | 8,024.28 | 0.00 | 110.31 |

**UST Form 101-7-NFR (10/1/2010)**

| 9 | GE Money Bank dba LINENS N THINGS | 347.52 | 0.00 | 4.78 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $  875.00 |
| Remaining balance: | $  0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  |  |
|---|---|
| Total to be paid for tardy general unsecured claims: | $  0.00 |
| Remaining balance: | $  0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $  0.00 |
| Remaining balance: | $  0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/STEPHEN G. BALSLEY
Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 09-72596-TML
Stacie A. Moore                                                     Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3         User: kkrystave          Page 1 of 3           Date Rcvd: Jan 08, 2013
                             Form ID: pdf006          Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2013.
```
db             #Stacie A. Moore,    11309 Linden Blossom Lane,    Roscoe, IL 61073-9425
14079655      +Alpine Bank & Trust,    % Johnson Blumberg & Assoc.,    39 S. LaSalle Street #400,
                Chicago, IL 60603-1626
14079656      +American Express,    % GC Services Limited Partnership,    6330 Gulfton,   Houston, TX 77081-1108
14079657       American Express,    Box 0001,    Los Angeles, CA 90096-8000
14452664       American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
14079659       Bank Of America,    P.O. Box 15726,    Wilmington, DE 19886-5726
14079660       Capital One Bank,    P.O. Box 6492,    Carol Stream, IL 60197-6492
14079661       Cardmember Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
14424121       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14464911      +Chase Bank USA, N.A.,    C/O Creditors Bankruptcy Service,    P.O. Box 740933,
                Dallas, TX 75374-0933
14079664      +GC Services Ltd Partnership,    6330 Gulfton,    Houston, TX 77081-1198
14079667       HSBC Retail Services,    P.O. Box 17264,    Baltimore, MD 21297-1264
14079666      +Home Depot Credit Services,    P.O. Box 689100,    Des Moines, IA 50368
14079669       Macy's,   P.O. Box 689195,    Des Moines, IA 50368-9195
14079653       Moore Stacie A,    11309 Linden Blossom Lane,    Roscoe, IL 61073-9425
14079670      +NCB Management Services, Inc.,    P.O. Box 1099,    Langhorne, PA 19047-6099
14079671      +NCO Financial Systems, Inc.,    4740 Baxter Road,    Virginia Beach, VA 23462-4484
14079654      +Schirger Monteleone &,    Hampilos PC,    308 West State St Suite 210,   Rockford, IL 61101-1140
14079672     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: U.S. Bank,    P.O. Box 2188,    Oshkosh, WI 54903-2188)
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14079658       E-mail/Text: vci.bkcy@vwcredit.com Jan 09 2013 01:03:40     Audi Financial Services,
                P.O. Box 17497,    Baltimore, MD 21297-1497
14350779       E-mail/PDF: mrdiscen@discoverfinancial.com Jan 09 2013 01:48:19      DISCOVER BANK,
                DFS Services LLC,    PO Box 3025,    New Albany, Ohio 43054-3025
14079663       E-mail/PDF: mrdiscen@discoverfinancial.com Jan 09 2013 01:52:58      Discover Card,
                P.O. Box 6103,    Carol Stream, IL 60197-6103
14505718       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 09 2013 01:51:30
                FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
                Oklahoma City, OK 73124-8809
14079665      +E-mail/PDF: gecsedi@recoverycorp.com Jan 09 2013 01:47:31     GE Money Bank,   P.O. Box 530913,
                Atlanta, GA 30353-0913
14698248      +E-mail/PDF: rmscedi@recoverycorp.com Jan 09 2013 01:48:06     GE Money Bank dba LINENS N THINGS,
                Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
14079668       E-mail/Text: bnckohlsnotices@becket-lee.com Jan 09 2013 01:01:38     Kohl's Payment Center,
                P.O. Box 2983,    Milwaukee, WI 53201-2983
14458210      +E-mail/Text: resurgentbknotifications@resurgent.com Jan 09 2013 01:00:37
                PYOD LLC its successors and assigns as assignee of,    Citibank,   c/o Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
14119599      +E-mail/Text: vci.bkcy@vwcredit.com Jan 09 2013 01:03:40     VW Credit, Inc.,   P.O. Box 829009,
                Dallas, Tx 75382-9009
                                                                                              TOTAL: 9
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14083279       Trent Moore
14083278*     +Audi Financial Services,    PO Box 17497,    Baltimore, MD 21297-1497
14612094*    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: U.S. Bank N.A.,    P.O. Box 5229,    Cincinnati, OH 45201)
14079662      ##Cortrust Bank,    P.O. Box 2060,    Omaha, NE 68103-2060
14079673      ##Wells Fargo Financial National,    P.O. Box 98796,    Las Vegas, NV 89193-8796
                                                                                 TOTALS: 1, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3          User: kkrystave              Page 2 of 3            Date Rcvd: Jan 08, 2013
                              Form ID: pdf006              Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 10, 2013**            **Signature:**            *Joseph Speetjens*

```
District/off: 0752-3          User: kkrystave          Page 3 of 3          Date Rcvd: Jan 08, 2013
                              Form ID: pdf006          Total Noticed: 28
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2013 at the address(es) listed below:

        Andrew E Houha    on behalf of Creditor    Alpine Bank & Trust Co. andrew@johnsonblumberg.com, rocio@johnsonblumberg.com
        George P Hampilos    on behalf of Debtor Stacie A. Moore georgehamp@aol.com, kris@hampilos-langley.com
        Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
        Stephen G Balsley    on behalf of Plaintiff Stephen G Balsley Trustee sbalsley@bslbv.com
        Stephen G Balsley    on behalf of Trustee Stephen G Balsley sbalsley@bslbv.com, IL47@ecfcbis.com
        Stephen G Balsley    sbalsley@bslbv.com, IL47@ecfcbis.com

        TOTAL: 6