**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: MOORE, STACIE A.                                §   Case No. 09-72596
                                                       §
                                                       §
                                                       §
Debtor(s)                                              §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $192,310.00              Assets Exempt: $42,310.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $875.00    Claims Discharged
                                            Without Payment: $77,389.56

Total Expenses of Administration: $4,125.00

---

   3) Total gross receipts of $ 5,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $101,111.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,189.50 | 4,125.00 | 4,125.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 72,860.31 | 63,652.32 | 63,652.32 | 875.00 |
| **TOTAL DISBURSEMENTS** | $173,971.31 | $69,841.82 | $67,777.32 | $5,000.00 |

    4) This case was originally filed under Chapter 7 on June 23, 2009. The case was pending for 46 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/24/2013　　　　By: /s/STEPHEN G. BALSLEY
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Property Divison due under divorce | 1123-000 | 5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$5,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Alpine Bank & Trust % Johnson Blumberg & Assoc. | 4110-000 | 101,111.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$101,111.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,250.00 | 1,250.00 | 1,250.00 |
| U.S. Bankruptcy Court | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 4,564.50 | 2,500.00 | 2,500.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3120-000 | N/A | 78.00 | 78.00 | 78.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3120-000 | N/A | 22.00 | 22.00 | 22.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $6,189.50 | $4,125.00 | $4,125.00 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-000 | 5,135.84 | 5,154.40 | 5,154.40 | 70.86 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 20,923.07 | 24,426.19 | 24,426.19 | 335.77 |
| 3 | American Express Centurion Bank | 7100-000 | 8,836.00 | 9,351.48 | 9,351.48 | 128.55 |
| 4 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 2,694.25 | 2,694.25 | 2,694.25 | 37.04 |
| 5 | Chase Bank USA, N.A. | 7100-000 | 1,941.87 | 1,917.78 | 1,917.78 | 26.36 |
| 6 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 2,755.85 | 2,998.95 | 2,998.95 | 41.22 |
| 7 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 8,031.22 | 8,737.47 | 8,737.47 | 120.11 |
| 8 | U.S. Bank N.A. | 7100-000 | 7,582.45 | 8,024.28 | 8,024.28 | 110.31 |
| 9 | GE Money Bank dba LINENS N THINGS | 7100-000 | 347.52 | 347.52 | 347.52 | 4.78 |
| NOTFILED | Audi Financial Services | 7100-000 | 11,692.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Retail Services | 7100-000 | 470.26 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Financial National | 7100-000 | 1,782.62 | N/A | N/A | 0.00 |
| NOTFILED | Cortrust Bank | 7100-000 | 272.40 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Macy's | 7100-000 | 165.72 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank | 7100-000 | 229.24 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $72,860.31 | $63,652.32 | $63,652.32 | $875.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-72596  
**Case Name:** MOORE, STACIE A.  

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 06/23/09 (f)  
**§341(a) Meeting Date:** 07/30/09  

**Period Ending:** 04/24/13  
**Claims Bar Date:** 11/18/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 5326 Painted Pony Lane, Loves Park, IL | 150,000.00 | 0.00 | | 0.00 | FA |
| 2 | CASH ON HAND | 10.00 | 0.00 | | 0.00 | FA |
| 3 | Checking account, Blackhawk Bank | 300.00 | 0.00 | | 0.00 | FA |
| 4 | Apartment Deposit | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Micellaneous Household Goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | Necessary wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Mecellaneous Jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 8 | IRA/403(b) Oppenheimer | 3,000.00 | 0.00 | | 0.00 | FA |
| 9 | TRS- teachers pension | 35,000.00 | 0.00 | | 0.00 | FA |
| 10 | Child Support and Maintenance | 600.00 | 0.00 | | 0.00 | FA |
| 11 | Property Divison due under divorce<br>    See Order to Compromise Controversy entered December 10, 2012. | 10,000.00 | 30,000.00 | | 5,000.00 | FA |
| 11 | **Assets Totals** (Excluding unknown values) | **$202,310.00** | **$30,000.00** | | **$5,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** June 30, 2011  **Current Projected Date Of Final Report (TFR):** December 17, 2012  (Actual)

Printed: 04/24/2013 02:23 PM    V.13.13

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-72596  
**Case Name:** MOORE, STACIE A.  

**Taxpayer ID #:** **-***1479  
**Period Ending:** 04/24/13  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******44-66 - Checking Account  
**Blanket Bond:** $296,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/26/12 | {11} | Tammy Moore | Obligation of Trent Moore arising out of Marital Settlement Agreement | 1123-000 | 5,000.00 | | 5,000.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,975.00 |
| 12/18/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033041088 20121218 | 9999-000 | | 4,975.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,000.00 | 5,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 4,975.00 | |
| | | | **Subtotal** | | 5,000.00 | 25.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,000.00** | **$25.00** | |

{} Asset reference(s)    Printed: 04/24/2013 02:23 PM    V.13.13

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-72596  
**Case Name:** MOORE, STACIE A.  

**Taxpayer ID #:** **-***1479  
**Period Ending:** 04/24/13  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****858066 - Checking Account  
**Blanket Bond:** $296,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/19/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 4,975.00 | | 4,975.00 |
| 01/30/13 | 10101 | U.S. Bankruptcy Court | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 250.00 | 4,725.00 |
| 01/30/13 | 10102 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $78.00, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 78.00 | 4,647.00 |
| 01/30/13 | 10103 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $22.00, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 22.00 | 4,625.00 |
| 01/30/13 | 10104 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $2,500.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,500.00 | 2,125.00 |
| 01/30/13 | 10105 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,250.00, Trustee Compensation; Reference: | 2100-000 | | 1,250.00 | 875.00 |
| 01/30/13 | 10106 | DISCOVER BANK | Dividend paid 1.37% on $5,154.40; Claim# 1; Filed: $5,154.40; Reference: | 7100-000 | | 70.86 | 804.14 |
| 01/30/13 | 10107 | Chase Bank USA, N.A. | Dividend paid 1.37% on $24,426.19; Claim# 2; Filed: $24,426.19; Reference: | 7100-000 | | 335.77 | 468.37 |
| 01/30/13 | 10108 | American Express Centurion Bank | Dividend paid 1.37% on $9,351.48; Claim# 3; Filed: $9,351.48; Reference: | 7100-000 | | 128.55 | 339.82 |
| 01/30/13 | 10109 | PYOD LLC its successors and assigns as assignee of | Dividend paid 1.37% on $2,694.25; Claim# 4; Filed: $2,694.25; Reference: | 7100-000 | | 37.04 | 302.78 |
| 01/30/13 | 10110 | Chase Bank USA, N.A. | Dividend paid 1.37% on $1,917.78; Claim# 5; Filed: $1,917.78; Reference: | 7100-000 | | 26.36 | 276.42 |
| 01/30/13 | 10111 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 1.37% on $2,998.95; Claim# 6; Filed: $2,998.95; Reference: | 7100-000 | | 41.22 | 235.20 |
| 01/30/13 | 10112 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 1.37% on $8,737.47; Claim# 7; Filed: $8,737.47; Reference: | 7100-000 | | 120.11 | 115.09 |
| 01/30/13 | 10113 | U.S. Bank N.A. | Dividend paid 1.37% on $8,024.28; Claim# 8; Filed: $8,024.28; Reference: | 7100-000 | | 110.31 | 4.78 |
| 01/30/13 | 10114 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-000 | | 4.78 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 4,975.00 | 4,975.00 | $0.00 |
| | | | Less: Bank Transfers | | 4,975.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 4,975.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$4,975.00** | |

{} Asset reference(s)

Printed: 04/24/2013 02:23 PM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 09-72596 | | **Trustee:** | STEPHEN G. BALSLEY (330410) |
| --- | --- | --- | --- | --- |
| **Case Name:** | MOORE, STACIE A. | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ****858066 - Checking Account |
| **Taxpayer ID #:** | **-***1479 | | **Blanket Bond:** | $296,000.00  (per case limit) |
| **Period Ending:** | 04/24/13 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **Checking # 9200-******44-66** | **5,000.00** | **25.00** | **0.00** |
| **Checking # ****858066** | **0.00** | **4,975.00** | **0.00** |
| | **$5,000.00** | **$5,000.00** | **$0.00** |

{} Asset reference(s)                                                                                                               Printed: 04/24/2013 02:23 PM    V.13.13